```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

JERRY W. MITCHELL                                          Plaintiff

v.                           4:05CV00706 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that this case is remanded for action consistent with the Order in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 2nd day of August, 2006.

                                                  /s/John F. Forster, Jr.
                                              UNITED STATES MAGISTRATE JUDGE